UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-　　　　　　　　　　　　　　　　No. 22 Cr. 544 (RA)

　　　　　　　　　　　　　　　　　　ORDER

THOMAS CORDRAY,

　　　　　　　　　　　Defendant.

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

　　On July 19, 2023, this Court imposed a sentence of time served on Defendant (U.S.M #63334-509). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:　　July 19, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　United States District Judge